**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 08-cv-01045-LTB-KMT

ALL AMERICAN PLAZAS, INC., a Pennsylvania corporation, and
ABLE ENERGY, INC., a Delaware corporation,

    Plaintiffs,

v.

DOMINIC DONOFRIO, an individual,

    Defendant.
_____

**ORDER**
_____

THIS MATTER comes before the Court for review. An Order to Show Cause was issued on January 9, 2009 giving Plaintiff up to and including January 26, 2009 to show cause why the Petition to Compel Compliance With Arbitration Subpoena should not be granted and this matter dismissed. To date no response has been filed or good cause shown. It is therefore

ORDERED that the Petition to Compel Compliance With Arbitration Subpoena (Doc 1) is **GRANTED** and this matter is **DISMISSED WITHOUT PREJUDICE**.

                          BY THE COURT:


                            s/Lewis T. Babcock
                            Lewis T. Babcock, Judge

DATED:  February 19, 2009